1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   KAMILAH L. DENNIS,              )    Case No. CV 15-8186-PSG (KK)
12                 Petitioner,       )
                                     )    ORDER ACCEPTING FINDINGS &
13        v.                         )    RECOMMENDATION OF UNITED
                                     )    STATES MAGISTRATE JUDGE
14   KIMBERLY HUGHES,                )
15                 Respondent.       )
                                     )
16   _____)

17        Pursuant to Title 28 of the United States Code, section 636, the Court has

18   reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report

19   and Recommendation of the United States Magistrate Judge.  The Court accepts the

20   findings and recommendation of the United States Magistrate Judge.

21        IT IS THEREFORE ORDERED that Judgment be entered: (1) granting

22   Respondent's Motion to Dismiss; (2) denying Petitioner's Petition for a Writ of

23   Habeas Corpus; and (3) dismissing this action with prejudice.

24

25   DATED: _2/24/16_____

26                              _____
                                HONORABLE PHILIP S. GUTIERREZ
                                UNITED STATES DISTRICT JUDGE
27
28